| AO 10<br>Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2005 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Weinstein, Jack B | 2. Court or Organization<br><br>USDC-Eastern District of NY | 3. Date of Report<br><br>03/07/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Senior U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,      Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b.   ☐   Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>225 Cadman PlazaEast<br>Brooklyn, N.Y. 11201 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1998 | TIAA Retirement Plans |
| 2. 1998 | New York State Retirement Plans |
| 3. 2000 | New York State Savings Plan Schooling (2) |
| 4. 2003 | Maine State Savings Plan Schooling (1) |
| 5. | |

RECEIVED 2006 MAR 20 P 1:01 FINANCIAL DISCLOSURE

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B | 03/07/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | Northwestern Univ. Press Royalty | $ 30.26 |
| 2. 2005 | Teachers Ins. & Annuity Pension | $ 14,141.68 |
| 3. 2005 | N.Y. State Retirement System Pension | $ 8,062.76 |
| 4. 2005 | West Publishing Co. Royalty | $ 5,224.38 |
| 5. 2005 | Social Security | $ 21,602.40 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | ███ Town of North Hempstead |
| 2. 2005 | ███ Social Security |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. Fordham Law School | Travel for Lecture $ 33.00 |
| 2. American Law Institute | Travel for Conference & Draft Mass Torts Manual $643.33 |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B | 03/07/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B | 03/07/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. (Trust) College Savings Prog. | A | Dividend | J | T | | | | | |
| 2. (Trust) Collge Savings Prog. | A | Dividend | K | T | | | | | |
| 3. (Trust) College Savings Prog. | A | Dividend | K | T | | | | | |
| 4. NYS Dorm 2/15/08 | A | Interest | J | T | | | | | |
| 5. NY City G 2/01/06 | A | Interest | J | T | | | | | |
| 6. NYS Dorm. Auth. 7/01/09 | A | Interest | J | T | | | | | |
| 7. NYS Dorm. Auth. 7/01/09 | A | Interest | J | T | | | | | |
| 8. Chase Manhattan checking Great Neck, NY | A | Interest | J | T | | | | | |
| 9. NY Urban Dev. Corp. Bond | B. | Interest | K | T | Redeem | 2/18 | K | A | |
| 10. NY City Ser. A-1 Bond | A | Interest | J | T | | | | | |
| 11. NY State Twy. Auth. Bond | A | Interest | K | T | | | | | |
| 12. NY City Ser 1 G/O Bond | A | Interest | J | T | | | | | |
| 13. NY City Ser. G. Bond | A | Interest | J | T | | | | | |
| 14. Checking-Savings - Washington Mutual Savings | A | Interest | J | T | | | | | |
| 15. FDG U.S. Corp. 10/15/98 | A | Interest | K | T | | | | | |
| 16. Financing Corp Fed B 11/11/09 | A | Interest | J | T | | | | | |
| 17. Merrill Lynch Money Funds | A | Interest | J | T | Sold | 12/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B | 03/07/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Merrill Lynch Money Funds | A | Interest | J | T | Sold | 12/15 | J | A | |
| 19. Merrill Lynch Money Funds | A | Interest | J | T | Sold | 12/15 | J | A | |
| 20. Cats Ser U. Treas 2/15/00 | A | Interest | L | T | | | | | |
| 21. Strips U.S. Treas 8/15/03 | A | Interest | L | T | | | | | |
| 22. Tenn Valley Auth 10/15/03 | A | Interest | K | T | | | | | |
| 23. Cats Ser V. 11/15/03 | A | Interest | J | T | | | | | |
| 24. Cats Ser R 02/15/04 | A | Interest | L | T | | | | | |
| 25. Cats Ser N 05/15/04 | A | Interest | K | T | | | | | |
| 26. Empire State Dev 1/1/2012 | A | Interest | J | T | | | | | |
| 27. NY City Hlth & Hosp 2/15/2014 | A | Interest | K | T | | | | | |
| 28. NY St Dorm 2/15/2014 | A | Interest | K | T | | | | | |
| 29. NY St Dorm 7/1/2020 | A | Interest | J | T | | | | | |
| 30. NY City Ser G 8/1/2020 | A | Interest | J | T | | | | | |
| 31. Resol Fed Corp Ser A 4/15/05 | A | Interest | K | T | | | | | |
| 32. Resol Fed Corp Ser A 7/15/05 | A | Interest | K | T | Sold | 1/06 | K | A | |
| 33. 2/1/02 NYC Gen Obl Ser D 8/15/01 | B | Interest | K | T | | | | | |
| 34. NYC Gen Obl Ser 2/15/02 | A | Interest | J | T | Redeem | 1/04 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B | 03/07/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. NYC Ser 96B 8/14/95 | B | Interest | K | T | | | | | |
| 36. NYS Mtg Ag 8/1/95 | A | Interest | J | T | Redeem | 6/01 | J | A | |
| 37. Fed Jud Off Bldg 9/1/89 | B | Interest | K | T | | | | | |
| 38. Cat Ser M 5/15/04 | A | Interest | J | T | | | | | |
| 39. Tenn Valley Auth 11/1/05 | C | Interest | K | T | | | | | |
| 40. NY State Dorm 2/15/2011 | A | Interest | K | T | | | | | |
| 41. Nassau Cty 1/1/2014 | A | Interest | K | T | | | | | |
| 42. Resolution Funding | A | Interest | K | T | | | | | |
| 43. NY State Mt. Ag. Homeowners Mat. 4/4/07 | A | Interest | J | T | | | | | |
| 44. Housing NY Corp Mat 11/1/07 | A | Interest | J | T | | | | | |
| 45. NY St. Housing Fin. Mat 11/1/08 | A | Interest | J | T | | | | | |
| 46. NY St Urban Dev Mat 4/1/07 | A | Interest | J | T | | | | | |
| 47. NY St Dorm Auth Vets House 7/1/09 | B | Interest | K | T | | | | | |
| 48. Resol. FDG Corp Ser A | A | Interest | K | T | | | | | |
| 49. Financing Corp. Strips 5/30/06 | A | Interest | J | T | | | | | |
| 50. NYS Dorm 7/1/17 | A | Interest | J | T | | | | | |
| 51. NYS Unrefunded 8/1/07 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B | 03/07/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Battery Park City 11/1/2013 | A | Interest | K | T | | | | | |
| 53. NY City Rfdg Ser E 8/1/2014 | A | Interest | K | T | Redeem | 1/04 | K | A | |
| 54. NY City F O1D Jan. 98 | A | Interest | J | T | | | | | |
| 55. Nassau Co Ser Z 9/01/2017 | A | Interest | J | T | | | | | |
| 56. NY City G/O Ser B 7/15/2008 | A | Interest | J | T | | | | | |
| 57. Dutchess Cty Recovery 1/1/2013 | A | Interest | J | T | | | | | |
| 58. NY City Ser B Ambar 8/1/2017 | A | Interest | K | T | | | | | |
| 59. NYS Med Care St Lukes 8/15/13 | A | Interest | J | T | Redeem | 12/23 | J | A | |
| 60. NYS Correctional 1/1/2008 | A | Interest | K | T | | | | | |
| 61. NYS Urban Dev 1/1/2000 | A | Interest | J | T | | | | | |
| 62. MBNA America Bank 6/14/02 | A | Interest | J | T | | | | | |
| 63. Tenn. Valley Strips 5/1/06 | A | Interest | L | T | | | | | |
| 64. Binghampton 8/15/07 | A | Interest | J | T | | | | | |
| 65. Harborfields Cent Sch D Bd | A | Dividend | J | T | | | | | |
| 66. L.I.N.Y. Power Auth Bd 5/1/98 | B | Dividend | K | T | | | | | |
| 67. N.Y. RFDG Serv Bd 6/01/98 | A | Dividend | J | T | | | | | |
| 68. N.Y. Dorm Bd. 11/01/97 | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B | 03/07/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. N.Y. Dorm Bd. 10/01/97 | A | Dividend | J | T | | | | | |
| 70. Met Trans A. Bd 5/30/02 | B | Dividend | K | T | | | | | |
| 71. NY Sch Asst. Bd 12/15/97 | B | Dividend | K | T | | | | | |
| 72. NY Env Bd 7/25/02 | B | Dividend | K | T | | | | | |
| 73. East Islip Sch Bd 6/15/02 | B | Dividend | K | T | | | | | |
| 74. Schenectady Sch Bd 6/15/02 | B | Dividend | K | T | | | | | |
| 75. Eastport Cent H.S. Bd 6/16/02 | B | Dividend | K | T | | | | | |
| 76. N.Y. City Bd. 3/09/99 | A | Dividend | J | T | | | | | |
| 77. N.Y. City Bd. 7/11/02 | A | Dividend | J | T | | | | | |
| 78. N.Y. Env. Bd. 7/25/02 | B | Dividend | K | T | | | | | |
| 79. CD Key Bank Bd 8/14/02 | C | Dividend | L | T | | | | | |
| 80. Met Trans Bd 8/15/02 | B | Dividend | K | T | | | | | |
| 81. Met Trans Bd 8/15/02 | B | Dividend | K | T | | | | | |
| 82. Triborough Bridge Bd 3/01/02 | A | Dividend | J | T | | | | | |
| 83. N.Y. TCRS Bd 3/18/99 | B | Dividend | K | T | | | | | |
| 84. NYC Packers Coll. Bd 6/01/02 | B | Dividend | K | T | | | | | |
| 85. N.Y. Trans. Auth. Bd Coll 5/01/08 | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2.500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B | 03/07/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. NY Dorm A. Bd. 9/05/02 | B | Dividend | K | T | | | | | |
| 87. Fed Nat Mtg 2016 | A | Dividend | K | T | Redemp | 9/20 | K | A | |
| 88. N.Y. Ser I 4/21/99 | A | Dividend | J | T | | | | | |
| 89. Met Trans A 11/15/12 | A | Dividend | J | T | | | | | |
| 90. Fed Nat Mtg 2022 | A | Dividend | K | T | | | | | |
| 91. Dutchess Cty 7/01/2020 | A | Dividend | J | T | | | | | |
| 92. Port Auth 7/15/24 | A | Dividend | J | T | | | | | |
| 93. NYC Ser B 6/15/11 | A | Dividend | J | T | | | | | |
| 94. NYC Ser I 3/01/22 | A | Dividend | J | T | | | | | |
| 95. Fed Nat Mtg 2026 | A | Dividend | K | T | | | | | |
| 96. Fed Nat Mtg 2014 | A | Dividend | J | T | | | | | |
| 97. DN Prov. Bank 2018 | A | Dividend | K | T | | | | | |
| 98. NYS Twy Auth 4/01/21 | A | Dividend | J | T | | | | | |
| 99. Smithtown Sch Bd 2015 | A | Dividend | J | T | | | | | |
| 100. Smithtown Sch Bd 2012 | A | Dividend | J | T | | | | | |
| 101. NYS Dorm 2/01/08 | A | Dividend | J | T | | | | | |
| 102. Met T. Auth 7/01/12 | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B | 03/07/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. NY Ser G 2/01/09 | A | Dividend | J | T | | | | | |
| 104. NY Ser I 3/01/24 | A | Dividend | J | T | | | | | |
| 105. Fed Hm. Ln. 9/22/18 | A | Dividend | L | T | | | | | |
| 106. NY Env 6/15/13 | A | Dividend | K | T | | | | | |
| 107. Buff Mun Ser B 7/1/12 | A | Dividend | K | T | | | | | |
| 108. Hudson Bk 11/14/13 | A | Dividend | L | T | | | | | |
| 109. Fed Nat'l Mtg 12/24/18 | A | Dividend | K | T | | | | | |
| 110. Fed Nat'l Mtg 12/24/12 | A | Dividend | J | T | | | | | |
| 111. Fed Nat'l Mtg 11/29/18 | A | Dividend | K | T | | | | | |
| 112. Fed Nat'l Mtg 6/26/15 | A | Dividend | J | T | | | | | |
| 113. NYS Dorm U. Rock Iss. 3/14/98 | A | Interest | J | T | | | | | |
| 114. NYS Dorm U. Rock Iss. 3/15/98 | A | Interest | J | T | | | | | |
| 115. Fed Nat. Mtg. Call 2/18/14 | C | Interest | M | T | | | | | |
| 116. Fed Home L. Mtg Call 1/31/19 | A | Interest | J | T | | | | | |
| 117. Fed Nat. Mtg Call 2/18/14 | A | Interest | J | T | | | | | |
| 118. NYC O1D Secd Ser B Iss 3/09/04 | B | Interest | K | T | | | | | |
| 119. Fod Motor Call 1/20/06 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B | 03/07/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Fed Nat Mtg. Call 7/23/09 | A | Interest | K | T | | | | | |
| 121. Fed Nat Mtg Call 7/28/11 | A | Interest | J | T | | | | | |
| 122. U.S. Treas Call 8/15/14 | A | Interest | K | T | | | | | |
| 123. Fed Nat Mtg Call 7/16/18 | B | Interest | K | T | | | | | |
| 124. Fed Home L. Mtg Call 9/15/17 | A | Interest | J | T | | | | | |
| 125. Fed Nat Mtg Call 5/14/14 | A | Interest | J | T | | | | | |
| 126. Fed Home L. Mtg Call 7/2/18 | C | Interest | L | T | | | | | |
| 127. Resol Funding Call 4/15/18 | B | Interest | K | T | | | | | |
| 128. Stanley Morgan Money Fund | A | Interest | J | T | Buy | 12/15 | J | | |
| 129. Stanley Morgan Money Fund | A | Interest | J | T | Buy | 12/15 | J | | |
| 130. Stanley Morgan Money Fund | A | Interest | J | T | Buy | 12/15 | J | | |
| 131. NY Mun Bk AGY Sch Issue 12/18/03 | B | Interest | K | T | Buy | 1/10 | K | | |
| 132. First Bank Puerto Rico | B | Interest | K | T | Buy | 2/04 | K | | |
| 133. Fed Nat Mort. April 12, 2030 | D | Interest | M | T | Buy | 4/15 | M | | |
| 134. NY St. Envir. 3/15/24 | B | Interest | K | T | Buy | 4/1 | K | | |
| 135. NY St. Mtg. 3/01/98 | A | Interest | J | T | Buy | 3/24 | J | | |
| 136. NY St. Dorm 11/01/2015 | A | Interest | J | T | Buy | 4/8 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Weinstein, Jack B | 03/07/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. NY St. Dorm 11/01/2015 | A | Interest | J | T | Buy | 4/8 | J | | |
| 138. NY St. Dorm 11/01/2015 | A | Interest | J | T | Buy | 4/7 | J | | |
| 139. Pulaski Bank | A | Interest | J | T | Buy | 8/17 | J | | |
| 140. Pulaski Bank | A | Interest | J | T | Buy | 8/17 | J | | |
| 141. NYC Wtr& Sewer 6/15/24 | B | Interest | K | T | Buy | 2/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

NONE

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Sig _____ Date ___ 3/07/06

N                                                    ES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
Al

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544